DALLAS M. HAZELTON, Appellant, v. ST. JOSEPH LEAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

JOHN PORTER LELAND, as Administrator, etc., of WILLIAM LELAND, Deceased, Respondent, v. WITBECK BROS., INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied.

NICHOLAS UUSIMAKI, Respondent, v. ARTHUR SAYLES, Doing Business under the Assumed Name of WILLIAM SAYLES & SON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Bliss, J., not sitting.

In the Matter of the Application of JOSEPH M. KANDEL, Appellant, for an Order of Mandamus against FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Respondents. · In the Matter of the Application of JOSEPH M. KANDEL, Appellant, for an Order of Certiorari Directed to FREDERICK STUART GREENE, Superintendent of Public Works of the State of New York, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Bliss, J., not sitting.

CHARLES E. GARRETT, Respondent, v. JOSEPH PECKER, Appellant. S. CLARISSE GARRETT, Respondent, v. JOSEPH PECKER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

THOMAS V. WITHCUSKEY, Respondent, v. M. F. DOLLARD, JR., INC., Appellant. GRACE WITHCUSKEY, Respondent, v. M. F. DOLLARD, JR., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied.

MARVEN H. HORNBECK, Respondent, v. NATIONAL LEAD COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION BAG AND PAPER POWER CORPORATION, Respondent, v. PERRY M. GILBERT and Others, as Assessors of the Village of Hudson Falls, in the Town of Kingsbury, Washington County, State of New York, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

HUDSON COUNTIES TITLE AND MORTGAGE COMPANY, Respondent, v. JOSEPHINE D. SCHULTZE and Others, Defendants. JOHN R. SEAMAN, Occupant, Not a Party, Appellant.— Motion of respondent for reargument denied.

BARBARA VROOMAN, Appellant, v. CITY SAVINGS BANK OF ALBANY, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

BANK OF WATERFORD, Respondent, v. JOHN C. WATSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

CHARLOTTE PAYNE, Respondent, v. FRANK EMERY, Respondent; LIMESTONE PRODUCTS CORPORATION OF AMERICA, Appellant, and Another.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

HARRY GOODROW, Respondent, v. NEW YORK AMERICAN, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.